UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES D. DEANGELO,

    Plaintiff,

v.                                      Case No. 3:14cv199/LC/CJK

STACY M. BUTTERFIELD, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 28, 2014.  (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the objections timely filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted as the opinion of the court.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc 5) is adopted and incorporated by reference in this order.

*Page 2 of 2*

2. This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

3. The clerk shall close this file.

**ORDERED** on this 2nd day of June, 2014.

                                                  s/ *L.A. Collier*
                                                  Lacey A. Collier
                                       Senior United States District Judge